**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **TBOTG Development, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  The Bluffs on the Guadalupe** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-3823801** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3400 Oakmont Blvd**<br>**Austin, TX 78703**<br>Number, Street, City, State & ZIP Code<br><br>**Travis**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**11529 FM 306 New Braunfels, TX 78132**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.bluffsonguad.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | **TBOTG Development, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6552__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **TBOTG Development, Inc.**      Case number *(if known)* _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **TBOTG Development, Inc.**                                              Case number (*if known*) _____
   Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: the box for "$10,000,001 - $50 million" is filled (checked).

| Debtor | **TBOTG Development, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**April 16, 2024**___
MM / DD / YYYY

**X** /s/ William T. Korioth _____
Signature of authorized representative of debtor

**William T. Korioth** _____
Printed name

Title ___**President**___

---

**18. Signature of attorney**

**X** /s/ Kell C. Mercer _____
Signature of attorney for debtor

Date ___**April 16, 2024**___
MM / DD / YYYY

**Kell C. Mercer** _____
Printed name

**Kell C. Mercer, P.C.** _____
Firm name

**901 S Mopac Expy Bldg 1 Ste 300**
**Austin, TX 78746** _____
Number, Street, City, State & ZIP Code

Contact phone ___**(512) 627-3512**___   Email address ___**kell.mercer@mercer-law-pc.com**___

**Tex. Bar No. 24007668** _____
Bar number and State

# UNANAMOUS WRITTEN CONSENT RESOLUTIONS
## OF SOLE DIRECTOR AND SOLE VOTING SHAREHOLDER OF

**of**

**TBOTG Development, Inc.**

April 14, 2024

The below signed sole Director, William Korioth., and sole voting shareholder, Whitewater Casitas, LLC, each in respect of TBOTG Development, Inc. (the "**Company**"), do hereby approve and adopt the following consent resolutions:

**RESOLVED**, that in the judgment of the sole Director and the sole voting shareholder, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company be authorized and empowered to file, at such time as it is deemed necessary by the appropriate officer of the Company, a petition for relief (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"); and it is further

**RESOLVED**, that William Korioth, the President of the Company, is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper and necessary to effect any of the foregoing; and it is further

**RESOLVED**, that William Korioth, the President of the Company, is authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all other reasonable and customary applications, schedules, lists, motions and other papers and documents; and it is further

**RESOLVED**, that William Korioth, the President of the Company, is hereby authorized, directed and empowered to open any new bank accounts, as needed, to be designated as "Debtor-in-Possession" bank accounts pursuant to the filing of the petition under Chapter 11 of the Bankruptcy Code, and to include William Korioth, the President of the Company as the signing party on such accounts, as representative of the Company; and it is further

**RESOLVED**, that William Korioth, the President of the Company, has previously been authorized, directed and empowered to retain on behalf of the Company, Kell C. Mercer and the law firm of Kell C. Mercer, P.C. as bankruptcy counsel, to represent the Company in the aforesaid Chapter 11 bankruptcy case and all other related matters in connection therewith and such other terms and conditions as the officers shall deem advisable. That decision is hereby memorialized and ratified; and it is further

**RESOLVED**, that William Korioth, the President of the Company, is authorized and empowered, for and on behalf of the Company, to execute and file all such instruments and documents, to make all payments, to enter into all agreements and to do or cause to be done all acts and things that may be necessary or appropriate to carry out the purposes of the foregoing resolutions.

Dated this _____ 4/14/2024.

DocuSigned by:

*William Korioth*

9E1FAB4ABF2B4ED...

William Korioth
Director
TBOTG Development, Inc.


Whitewater Casitas, LLC


DocuSigned by:

*William Korioth*

3E1FAB4ABF2B4ED...

By: William Korioth
Its: Manager
Sole Voting Shareholder of
TBOTG Development, Inc.

**Fill in this information to identify the case:**

Debtor name  **TBOTG Development, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2024**          X **/s/ William T. Korioth**
                                          Signature of individual signing on behalf of debtor

                                          **William T. Korioth**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TBOTG Development, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Winstead PC 500 Winstead Building 2728 N. Harwood Street Dallas, TX 75201 | | | | | | $21,248.00 |
| Latuya Construction, LLC 191 E Faust New Braunfels, TX 78130 | | | | | | $19,915.00 |
| Pharis Design, Inc. 2525 S Lamar Blvd Unit 4 Austin, TX 78704 | | | | | | $10,842.50 |
| KOM Productions, LLC 915 West South Street Leander, TX 78641 | | | | | | $4,140.56 |
| LiveView Technologies, Inc. P.O. Box 17853 Denver, CO 80217-5782 | | | | | | $3,240.00 |
| Nash Brothers Land Services LLC 501 Mussey Road Dripping Springs, TX 78620 | | | | | | $2,905.25 |
| Kinney Landscape Services, LLC 371 Inspiration Drive New Braunfels, TX 78130 | | | | | | $2,664.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Erickson Demel & Associates, PLLC 7800 N Mopc Expy Ste 215 Austin, TX 78759** | | | | | | **$2,600.00** |
| **Alpha Mobile Restrooms 222 Hutchison Street San Marcos, TX 78666** | | | | | | **$1,529.69** |
| **Gilbreath Outdoor Advertising P.O Box 1264 Friendswood, TX 77549-1264** | | | | | | **$695.00** |
| **Hideout On The Horseshoe, LLC 11860 FM 306 New Braunfels, TX 78132** | | **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC** | **Contingent Unliquidated Disputed Subject to Setoff** | | | |
| **Kona Coast Venture, Ltd. c/o Kona Coast, LLC 11860 FM 306 New Braunfels, TX 78132** | | **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC** | **Contingent Unliquidated Disputed Subject to Setoff** | | | |
| **Oxbow Land Partners, LLC 11860 FM 306 New Braunfels, TX 78132** | | **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC** | **Contingent Unliquidated Disputed Subject to Setoff** | | | |
| **Whitewater Investment Partners, LLC c/o Ross Spence Spence, Desenberg & Lee, PLLC 1770 St James Place, Ste 625 Houston, TX 77056** | | **Disputed Litigation Claims** | **Contingent Unliquidated Disputed Subject to Setoff** | | | |

| Debtor | **TBOTG Development, Inc.** | | Case number *(if known)* | |
|--------|------|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitewater Sports, LLC 11860 FM 306 New Braunfels, TX 78132** | | **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC.** | **Contingent Unliquidated Disputed Subject to Setoff** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **TBOTG Development, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................... $ **32,100,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ $ **3,896,538.06**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $ **35,996,538.06**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **22,815,227.37**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **69,780.00**

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $ **22,885,007.37**

**Fill in this information to identify the case:**

Debtor name    **TBOTG Development, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Texas Bank, Georgetown, Texas** | **Checking** | **4124** | **$51,900.00** |
| 3.2. | **First Texas Bank, Georgetown, Texas** | **Checking** | **4165** | **$1,000.00** |
| 3.3. | **First Texas Bank, Georgetown, Texas** | **Checking** | **4140** | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Escrow Fund from Property Closings** | | **$883,512.91** |
| 4.2. | **Standby Letter of Credit** | | **$2,135,543.00** |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$3,072,955.91**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **TBOTG Development, Inc.**
Name

Case number (If known) _____

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.  **KOM Productions, LLC Trail Maintenance Pre-Payment**            $2,706.25

   7.2.  **Canyon Lake Water Service - Water Service Fees**            $461,500.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**                       $464,206.25
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**
Leased Security System                                    Unknown        N/A

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of: Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas, according to the map or plat of record in Document No. 202306009245, of the Map and Plat Records of Comal County, Texas, consisting of approximately 141.87 acres.** | | | | |
| | **See also Comal AD Property ID Report attached hereto)** | Fee simple | $20,675,000.00 | Appraisal | $32,100,000.00 |

| | | | |
|---|---|---|---|
| 56. | **Total of Part 9.** | | $32,100,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** http://www.bluffsonguad.com | $7,650.40 | Cost | $7,650.40 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 64. | Other intangibles, or intellectual property | | | |
|---|---|---|---|---|
| | **Maps, plats, drawings, designs, and plans** | **$351,725.50** | Cost | **$351,725.50** |

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$359,375.90** |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| | **Partners General Insurance Agency, LLC/Scottsdale Insurance Company** | |
| | **Policy Number: RBS0185002** | |
| | **General Liability Policy** | **Unknown** |

| | **Music - Mesa Underwriters Speciality Ins. Co.** | |
|---|---|---|
| | **Policy No. MP004202310104300** | |
| | **Commercial Package Policy** | |
| | **Building Premises** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **Claims for declaratory relief and related commercial claims against Whitewater Investment Partners, LLC, Oxbow Land Partners, LLC, Hideout on the Horseshoe, LLC, Watewater Sports, LLC, Kona Coast Venture, Ltd., and Kona Coast LLC.** | **Unknown** |
| | Nature of claim    **Declaratory and Related Relief** | |
| | Amount requested | |

Debtor   **TBOTG Development, Inc.**                                    Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---:|
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **TBOTG Development, Inc.**
Name

Case number *(if known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,072,955.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $464,206.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................* > | | $32,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $359,375.90 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,896,538.06 | + 91b. $32,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,996,538.06 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| PropertyID | Owner ID | Owner Name | Percent Owner | Subdivision |
|---|---|---|---|---|
| 468526 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468527 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468528 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468529 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468530 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468531 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468532 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468533 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468534 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468535 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468536 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468537 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468538 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468539 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468540 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468541 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468542 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468543 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468544 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468545 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468546 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468547 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468548 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468549 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468551 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468552 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468554 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468555 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468556 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |

| 468557 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468558 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468559 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468561 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468562 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468563 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468564 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468565 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468572 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468574 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468575 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468576 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |
| 468577 | 1091234 | TBOTG DEVELOPMENT INC | 100 | 100132 - BLUFFS ON THE GUADALUPE THE |

**Fill in this information to identify the case:**

Debtor name  **TBOTG Development, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Comal County, Texas**<br>Creditor's Name<br><br>c/o Julie Parsons<br>McCreary Veselka Bragg & Allen PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of:**<br>**Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas** | **Notice Only** | **$32,100,000.00** |

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Comal County, Texas**
**2. First Texas Bank, Georgetown, Texas**
**3. First Texas Bank, Georgetown, Texas**
**4. First Texas Bank, Georgetown, Texas**
**5. Guadalupe 306, LP**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **First Texas Bank, Georgetown, Texas** | Describe debtor's property that is subject to a lien | **$5,817,376.79** | **$32,100,000.00** |

Debtor **TBOTG Development, Inc.**
Name

Case number (if known) _____

Creditor's Name

**The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of:**
**Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas**

**P.O. Box 649**
**Georgetown, TX 78627**

Creditor's mailing address

**Describe the lien**

**First Lien Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**January 14, 2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Texas Bank, Georgetown, Texas** | | $4,027,000.00 | $32,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of:**
**Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas**

**P.O. Box 649**
**Georgetown, TX 78627**

Creditor's mailing address

**Describe the lien**

**Third Lien Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**May 19, 2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Texas Bank, Georgetown, Texas** | | | $51,900.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**First Texas Bank, Georgetown, Texas - Checking - Acct# 4124**

**P.O. Box 649**
**Georgetown, TX 78627**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor  **TBOTG Development, Inc.**                                    Case number (if known) _____
_____
Name

|  | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **First Texas Bank, Georgetown, Texas** | | **$1,000.00** |
|---|---|---|---|
| | Creditor's Name | |

| | |
|---|---|
| **P.O. Box 649 Georgetown, TX 78627** | **Describe debtor's property that is subject to a lien** |
| | **First Texas Bank, Georgetown, Texas - Checking - Acct# 4165** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **First Texas Bank, Georgetown, Texas** | | **$1,000.00** |
|---|---|---|---|
| | Creditor's Name | |

| | |
|---|---|
| **P.O. Box 649 Georgetown, TX 78627** | **Describe debtor's property that is subject to a lien** |
| | **First Texas Bank, Georgetown, Texas - Checking - Acct# 4140** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

---

Debtor **TBOTG Development, Inc.**
     Name
Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First Texas Bank, Georgetown, Texas** | | |
|---|---|---|---|

    Creditor's Name

**Describe debtor's property that is subject to a lien**
**Escrow Fund from Property Closings**

**$883,512.91**

**P.O. Box 649**
**Georgetown, TX 78627**
    Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

    Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First Texas Bank, Georgetown, Texas** | | |
|---|---|---|---|

    Creditor's Name

**Describe debtor's property that is subject to a lien**
**The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of:**
**Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas**

**$2,135,543.00** | **$32,100,000.00**

**P.O. Box 649**
**Georgetown, TX 78627**
    Creditor's mailing address

**Describe the lien**
**Second Lien Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

    Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 8, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Guadalupe 306, LP** | **Describe debtor's property that is subject to a lien** | **$10,835,307.58** | **$32,100,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **TBOTG Development, Inc.**
_____
Name

Case number (if known) _____

**Creditor's Name**

**The Bluffs on The Guadalupe Subdivision, 11529 FM 306, New Braunfels, TX 78132, consisting of:**
**Lots 1-12, 13 (with model home), 14-24, 26, 27, 29-34, 36-40, 47, 49-52, THE BLUFFS ON THE GUADALUPE, a subdivision in Comal County, Texas**

**3400 Oakmont Blvd**
**Austin, TX 78703**

Creditor's mailing address

**Describe the lien**

**Forth Lien Deed of Trust and Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**May 19, 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $22,815,227.37 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 5

**Fill in this information to identify the case:**

Debtor name **TBOTG Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> **Alpha Mobile Restrooms** <br> **222 Hutchison Street** <br> **San Marcos, TX 78666** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $1,529.69 |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **Erickson Demel & Associates, PLLC** <br> **7800 N Mopc Expy Ste 215** <br> **Austin, TX 78759** <br><br> Date(s) debt was incurred _4/10/2024_ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $2,600.00 |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Gilbreath Outdoor Advertising** <br> **P.O Box 1264** <br> **Friendswood, TX 77549-1264** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $695.00 |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Hideout On The Horseshoe, LLC** <br> **11860 FM 306** <br> **New Braunfels, TX 78132** <br><br> Date(s) debt was incurred __ <br><br> Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: __Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC__ <br><br> Is the claim subject to offset? ☐ No ■ Yes | Notice Only |

| Debtor | TBOTG Development, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,664.00**

**Kinney Landscape Services, LLC**
**371 Inspiration Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.56**

**KOM Productions, LLC**
**915 West South Street**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Notice Only**

**Kona Coast Venture, Ltd.**
**c/o Kona Coast, LLC**
**11860 FM 306**
**New Braunfels, TX 78132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,915.00**

**Latuya Construction, LLC**
**191 E Faust**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00**

**LiveView Technologies, Inc.**
**P.O. Box 17853**
**Denver, CO 80217-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2024**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,905.25**

**Nash Brothers Land Services LLC**
**501 Mussey Road**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2024**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Notice Only**

**Oxbow Land Partners, LLC**
**11860 FM 306**
**New Braunfels, TX 78132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC**

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **TBOTG Development, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,842.50 |
|---|---|---|---|

**Pharis Design, Inc.**
**2525 S Lamar Blvd Unit 4**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Notice Only** |
|---|---|---|---|

**Whitewater Investment Partners, LLC**
**c/o Ross Spence**
**Spence, Desenberg & Lee, PLLC**
**1770 St James Place, Ste 625**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Disputed Litigation Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Notice Only** |
|---|---|---|---|

**Whitewater Sports, LLC**
**11860 FM 306**
**New Braunfels, TX 78132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Improper and Disputed Derivative Litigation Claims brought by Whitewater Investment Partners, LLC.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,248.00 |
|---|---|---|---|

**Winstead PC**
**500 Winstead Building**
**2728 N. Harwood Street**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2024**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Pfeuffer**<br>**Langley, Banack & Pfeuffer**<br>**170 E San Antonio St**<br>**New Braunfels, TX 78130** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Pfeuffer**<br>**Langley, Banack & Pfeuffer**<br>**170 E San Antonio St**<br>**New Braunfels, TX 78130** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David Pfeuffer**<br>**Langley, Banack & Pfeuffer**<br>**170 E San Antonio St**<br>**New Braunfels, TX 78130** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **TBOTG Development, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **David Pfeuffer**<br>**Langley, Banack & Pfeuffer**<br>**170 E San Antonio St**<br>**New Braunfels, TX 78130** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **David Pfeuffer**<br>**Langley, Banack & Pfeuffer**<br>**170 E San Antonio St**<br>**New Braunfels, TX 78130** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jonathan H. Hull**<br>**Reagan Burrus, PLLC**<br>**401 Main Plaza Ste 200**<br>**New Braunfels, TX 78131** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jonathan H. Hull**<br>**Reagan Burrus, PLLC**<br>**401 Main Plaza Ste 200**<br>**New Braunfels, TX 78131** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jonathan H. Hull**<br>**Reagan Burrus, PLLC**<br>**401 Main Plaza Ste 200**<br>**New Braunfels, TX 78131** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Jonathan H. Hull**<br>**Reagan Burrus, PLLC**<br>**401 Main Plaza Ste 200**<br>**New Braunfels, TX 78131** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Jonathan H. Hull**<br>**Reagan Burrus, PLLC**<br>**401 Main Plaza Ste 200**<br>**New Braunfels, TX 78131** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Matthew Baumgartner**<br>**Armbrust & Brown PLLC**<br>**100 Congress Ave Ste 1300**<br>**Austin, TX 78701** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Matthew Baumgartner**<br>**Armbrust & Brown PLLC**<br>**100 Congress Ave Ste 1300**<br>**Austin, TX 78701** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Matthew Baumgartner**<br>**Armbrust & Brown PLLC**<br>**100 Congress Ave Ste 1300**<br>**Austin, TX 78701** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Matthew Baumgartner**<br>**Armbrust & Brown PLLC**<br>**100 Congress Ave Ste 1300**<br>**Austin, TX 78701** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Ross Spence**<br>**Spence, Desenberg & Lee, PLLC**<br>**1770 St James Place, Ste 625**<br>**Houston, TX 77056** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    

| Debtor | **TBOTG Development, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Ross Spence**<br>**Spence, Desenberg & Lee, PLLC**<br>**1770 St James Place, Ste 625**<br>**Houston, TX 77056** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Ross Spence**<br>**Spence, Desenberg & Lee, PLLC**<br>**1770 St James Place, Ste 625**<br>**Houston, TX 77056** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Ross Spence**<br>**Spence, Desenberg & Lee, PLLC**<br>**1770 St James Place, Ste 625**<br>**Houston, TX 77056** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **69,780.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **69,780.00** |

**Fill in this information to identify the case:**

Debtor name **TBOTG Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Street, Drain, Waterline, and Electrical Conduit Construction** | |
| | State the term remaining | | **Harris Road Co., Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1001** **Wimberley, TX 78676** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Security System Lease** | |
| | State the term remaining | **19 Months** | **HomeView Technologies, Inc.** **d/b/a LiveView Technologies, Inc.** |
| | List the contract number of any government contract | **N/A** | **1226 S 1480 W** **Orem, UT 84058** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lot Sale Contract (Lot 26)** | |
| | State the term remaining | **N/A** | **James Dye** |
| | List the contract number of any government contract | **N/A** | **58 Oyster Creek Ct** **Lake Jackson, TX 77566** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Services for community trail system.** | |
| | State the term remaining | **60 Days Notice** | **KOM Productions, LLC** |
| | List the contract number of any government contract | | **915 West South Street** **Leander, TX 78641** |

| Debtor 1 | **TBOTG Development, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **HOA Management Services** | |
|---|---|---|---|
| | State the term remaining | **Terminable** | **Worth Ross Management Co., Inc.** |
| | List the contract number of any government contract | | **222 West Ave Ste 200**<br>**Austin, TX 78701** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Development Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **WTK Development, LLC** |
| | List the contract number of any government contract | **N/A** | **11860 FM 306**<br>**New Braunfels, TX 78132** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **TBOTG Development, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Guadalupe 306, LP** | **3400 Oakmont Blvd Austin, TX 78703** | **First Texas Bank, Georgetown, Texas** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Guadalupe 306, LP** | **3400 Oakmont Blvd Austin, TX 78703** | **First Texas Bank, Georgetown, Texas** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Guadalupe 306, LP** | **3400 Oakmont Blvd Austin, TX 78703** | **First Texas Bank, Georgetown, Texas** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Guadalupe 306, LP** | **3400 Oakmont Blvd Austin, TX 78703** | **First Texas Bank, Georgetown, Texas** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Guadalupe 306, LP** | **3400 Oakmont Blvd Austin, TX 78703** | **First Texas Bank, Georgetown, Texas** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **TBOTG Development, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Guadalupe 306, LP** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **William T. Korioth** | 3400 Oakmont Blvd<br>Austin, TX 78703 | **First Texas Bank, Georgetown, Texas** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **TBOTG Development, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other    **Parking Easement** | **$21,000.00** |
| **For prior year:**<br>From  **April 2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Lot Sales** | **$8,375,000.00** |
| **For prior year:**<br>From  **April 2023** to **12/31/2023** | ☐ Operating a business<br>■ Other    **Parking Easement** | **$51,709.60** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Interest** | **$3,516.20** |
| **For prior year:**<br>From  **April 2023** to **12/31/2023** | **Interest** | **$8,569.55** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **TBOTG Development, Inc.** _____   Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached schedule of payments.** | | **$1,706,603.70** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached schedule of payments.** | | **$4,393,272.66** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Whitewater Investment Partners, LLC et al. v. Kona Coast, LLC., et al.** C2021-0823C | **Commercial Litigation** | **Comal County District Court** **150 N. Seguin Ave., STE 3009** **New Braunfels, TX 78130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kell C. Mercer, PC 901 S Mopac Expy Bldg 1 Ste 300 Austin, TX 78746** | **Retainer Deposit/Bankruptcy Filing Fee** | **3/18/2024** | **$26,738.00** |
| | Email or website address **www.mercer-law-pc.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kell C. Mercer, PC 901 S Mopac Expy Bldg 1 Ste 300 Austin, TX 78746** | **Pre-petition March 2024 fees and expenses.** | **4/3/2024** | **$5,160.00** |
| | Email or website address **www.mercer-law-pc.com** | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **TBOTG Development, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Kell C. Mercer, PC** **901 S Mopac Expy Bldg 1 Ste 300** **Austin, TX 78746** | **Pre-Petition April 2024 fees and expenses.** | **4/15/2024** | **$13,815.00** |
| | Email or website address **kell.mercer@mercer-law-pc.com** | | | |
| | Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **TBOTG Development, Inc.** | Case number *(if known)* | |
|--------|------------------------------|---------------------------|--|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.

**Names, addresses, certain financial information, tax ID and social security information in some cases.**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | **TBOTG Development, Inc.** | Case number *(if known)* | |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **The Bluffs on The Guadalupe Master**<br>**3400 Oakmont Blvd**<br>**Austin, TX 78703** | **Homeowners Association for The Bluffs on the Guadalupe** | **EIN:**<br><br>**From-To**   3/16/2023 to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Anita Duffin, CPA**<br>**2111 I-35 S**<br>**Suite 2101**<br>**New Braunfels, TX 78130** | **4/19/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **TBOTG Development, Inc.** | Case number *(if known)* | |

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Scott F. Orr, CPA**<br>**10026 Holly Springs Drive**<br>**Houston, TX 77042** | **4/19/2023 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Scott F. Orr, CPA**<br>**10026 Holly Springs Drive**<br>**Houston, TX 77042** | |
| 26c.2. | **Anita Duffin, CPA**<br>**2111 I-35 S**<br>**Suite 2101**<br>**New Braunfels, TX 78130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | | |
|---|---|---|
| 26d.1. | **First Texas Bank, Georgetown, Texas**<br>**P.O. Box 649**<br>**Georgetown, TX 78627** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William T. Korioth** | **3400 Oakmont Blvd**<br>**Austin, TX 78703** | **Director & President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Whitewater Casitas, LLC** | **3400 Oakmont Blvd**<br>**Austin, TX 78703** | **Controlling Shareholder** | **100% of voting shares** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor  **TBOTG Development, Inc.**  Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached schedule of payments.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**April 16, 2024**__

__**/s/ William T. Korioth**__  __**William T. Korioth**__
Signature of individual signing on behalf of the debtor  Printed name

Position or relationship to debtor  __**President**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ Yes
☐ No

**TBOTG Development, Inc.**
Non-insider Payments
January 17, 2024 to April 16, 2024

| Date | Name | Amount | Total |
|------|------|--------|-------|
| 04/16/2024 | Alpha Mobile Restrooms | (500.00) | |
| | | | (500.00) |
| 03/29/2024 | Amazon | (24.88) | |
| | | | (24.88) |
| 02/06/2024 | Anita J. Duffin CPA, PLLC | (1,725.10) | |
| 03/04/2024 | Anita J. Duffin CPA, PLLC | (1,522.50) | |
| 04/02/2024 | Anita J. Duffin CPA, PLLC | (1,528.50) | |
| 04/15/2024 | Anita J. Duffin CPA, PLLC | (2,116.50) | |
| | | | (6,892.60) |
| 03/26/2024 | Aqua Wheels | (550.00) | |
| | | | (550.00) |
| 01/23/2024 | Astronomic, Inc | (987.00) | |
| 02/06/2024 | Astronomic, Inc | (1,161.75) | |
| 02/14/2024 | Astronomic, Inc | (203.25) | |
| 02/14/2024 | Astronomic, Inc | (332.25) | |
| 02/14/2024 | Astronomic, Inc | (987.00) | |
| 02/20/2024 | Astronomic, Inc | (584.25) | |
| 03/04/2024 | Astronomic, Inc | (913.50) | |
| 04/02/2024 | Astronomic, Inc | (331.50) | |
| | | | (5,500.50) |
| 03/11/2024 | Austin Wholesale Decking | (2,513.13) | |
| | | | (2,513.13) |
| 04/10/2024 | CBA Insurance | (22,976.15) | |
| 04/12/2024 | CBA Insurance | (6,301.79) | |
| | | | (29,277.94) |
| 01/19/2024 | Docusign | (47.97) | |
| 02/20/2024 | Docusign | (47.97) | |
| 03/19/2024 | Docusign | (47.97) | |
| | | | (143.91) |
| 02/26/2024 | El Rancho | (351.31) | |
| | | | (351.31) |
| 02/20/2024 | Erin Kotzur | (250.00) | |
| | | | (250.00) |
| 02/22/2024 | Facebook | (14.97) | |
| 03/18/2024 | Facebook | (250.00) | |
| 03/21/2024 | Facebook | (95.33) | |
| 03/22/2024 | Facebook | (50.47) | |
| 03/25/2024 | Facebook | (250.00) | |
| | | | (660.77) |
| 01/19/2024 | First Texas Bank. | (19,716.45) | |
| 01/24/2024 | First Texas Bank. | (25.00) | |
| 02/08/2024 | First Texas Bank. | (25.00) | |

**TBOTG Development, Inc.**

Non-insider Payments

January 17, 2024 to April 16, 2024

| Date | Name | Amount | Total |
|------|------|--------|-------|
| 02/14/2024 | First Texas Bank. | (47,589.38) | |
| 02/20/2024 | First Texas Bank. | (23,199.80) | |
| 03/14/2024 | First Texas Bank. | (44,519.09) | |
| 03/19/2024 | First Texas Bank. | (24,449.04) | |
| 04/03/2024 | First Texas Bank. | (30.00) | |
| 04/10/2024 | First Texas Bank. | (30.00) | |
| 04/10/2024 | First Texas Bank. | (30.00) | |
| 04/11/2024 | First Texas Bank. | (25.00) | |
| 04/15/2024 | First Texas Bank. | (47,589.37) | |
| 04/15/2024 | First Texas Bank. | (30,738.30) | |
| 04/15/2024 | First Texas Bank. | (25.00) | |
| 04/15/2024 | First Texas Bank. | (90.00) | |
| 04/15/2024 | First Texas Bank. | (60.00) | |
| 04/15/2024 | First Texas Bank. | (30.00) | |
| 04/16/2024 | First Texas Bank. | (30.00) | |
| | | | (238,201.43) |
| 01/23/2024 | Gilbreath Outdoor Advertising, LLC | (645.00) | |
| 03/18/2024 | Gilbreath Outdoor Advertising, LLC | (695.00) | |
| 03/29/2024 | Gilbreath Outdoor Advertising, LLC | (695.00) | |
| | | | (2,035.00) |
| 02/02/2024 | Google | (76.75) | |
| 03/04/2024 | Google | (76.75) | |
| 04/01/2024 | Google | (82.19) | |
| | | | (235.69) |
| 02/02/2024 | Gristmill | (83.12) | |
| | | | (83.12) |
| 01/24/2024 | Harris Road Co., Inc. | (240,916.72) | |
| 02/06/2024 | Harris Road Co., Inc. | (146,749.65) | |
| 03/11/2024 | Harris Road Co., Inc. | (229,379.69) | |
| 03/29/2024 | Harris Road Co., Inc. | (185,535.00) | |
| | | | (802,581.06) |
| 01/25/2024 | Intuit | (63.43) | |
| 02/26/2024 | Intuit | (63.43) | |
| 03/25/2024 | Intuit | (63.43) | |
| | | | (190.29) |
| 04/03/2024 | Kell C Mercer PC | (5,160.00) | |
| 04/15/2024 | Kell C Mercer PC | (13,815.00) | |
| | | | (18,975.00) |
| 03/18/2024 | Kinney Landscape Services, LLC | (3,552.00) | |
| | | | (3,552.00) |
| 01/23/2024 | KOM Productions, LLC | (15,155.00) | |
| 02/06/2024 | KOM Productions, LLC | (3,247.50) | |

**TBOTG Development, Inc.**

Non-insider Payments

January 17, 2024 to April 16, 2024

| Date | Name | Amount | Total |
|------|------|-------:|------:|
| 02/20/2024 | KOM Productions, LLC | (7,056.35) | |
| 03/19/2024 | KOM Productions, LLC | (10,825.00) | |
| 03/29/2024 | KOM Productions, LLC | (10,825.00) | |
| 04/02/2024 | KOM Productions, LLC | (3,247.50) | |
| | | | (50,356.35) |
| 01/23/2024 | Latuya Construction, LLC | (60,637.00) | |
| 02/06/2024 | Latuya Construction, LLC | (77,719.36) | |
| 03/04/2024 | Latuya Construction, LLC | (79,867.55) | |
| 03/18/2024 | Latuya Construction, LLC | (50,533.00) | |
| 03/26/2024 | Latuya Construction, LLC | (8,325.00) | |
| 03/29/2024 | Latuya Construction, LLC | (44,955.50) | |
| | | | (322,037.41) |
| 01/23/2024 | Live View Technologies, Inc. | (3,240.00) | |
| 02/20/2024 | Live View Technologies, Inc. | (3,240.00) | |
| 03/11/2024 | Live View Technologies, Inc. | (2,508.41) | |
| 03/29/2024 | Live View Technologies, Inc. | (3,240.00) | |
| | | | (12,228.41) |
| 04/15/2024 | Monday.com | (766.08) | |
| | | | (766.08) |
| 02/06/2024 | Nash Brothers Land Services, LLC | (2,950.90) | |
| 02/20/2024 | Nash Brothers Land Services, LLC | (7,110.00) | |
| 03/11/2024 | Nash Brothers Land Services, LLC | (7,725.00) | |
| | | | (17,785.90) |
| 01/23/2024 | Paul Swoyer Septics, LLC | (1,170.00) | |
| | | | (1,170.00) |
| 01/23/2024 | Pedernales Electric Cooperative, Inc. | (5,251.03) | |
| 03/18/2024 | Pedernales Electric Cooperative, Inc. | (17,907.60) | |
| | | | (23,158.63) |
| 01/23/2024 | Pharis Design, Inc. | (1,470.00) | |
| 02/06/2024 | Pharis Design, Inc. | (3,020.00) | |
| 03/04/2024 | Pharis Design, Inc. | (25,865.00) | |
| 03/29/2024 | Pharis Design, Inc. | (16,875.00) | |
| | | | (47,230.00) |
| 03/18/2024 | Project Approval Services | (5,500.00) | |
| | | | (5,500.00) |
| 02/06/2024 | Red River Storm Water | (300.00) | |
| 03/11/2024 | Red River Storm Water | (300.00) | |
| | | | (600.00) |
| 01/31/2024 | Scott F. Orr, CPA | (6,840.00) | |
| 04/03/2024 | Scott F. Orr, CPA | (14,130.00) | |
| 04/15/2024 | Scott F. Orr, CPA | (21,870.00) | |
| | | | (42,840.00) |

**TBOTG Development, Inc.**
Non-insider Payments
January 17, 2024 to April 16, 2024

| Date | Name | Amount | Total |
|------|------|--------|-------|
| 02/07/2024 | Social Haus Media | (1,029.60) | |
| 03/04/2024 | Social Haus Media | (1,029.60) | |
| 04/02/2024 | Social Haus Media | (1,029.60) | |
| | | | (3,088.80) |
| 04/04/2024 | Tricky Dick's Catering & Events | (1,000.00) | |
| | | | (1,000.00) |
| 01/23/2024 | TX2 Engineering | (7,120.00) | |
| 03/29/2024 | TX2 Engineering | (2,380.00) | |
| | | | (9,500.00) |
| 04/02/2024 | UES Professional Solutions 45 LLC | (8,900.00) | |
| | | | (8,900.00) |
| 02/06/2024 | Waterfront Solutions | (1,750.00) | |
| 03/04/2024 | Waterfront Solutions | (3,500.00) | |
| | | | (5,250.00) |
| 01/17/2024 | Webflow.com | (30.91) | |
| 01/23/2024 | Webflow.com | (127.92) | |
| 02/20/2024 | Webflow.com | (30.91) | |
| 02/23/2024 | Webflow.com | (127.92) | |
| 03/18/2024 | Webflow.com | (30.91) | |
| 03/25/2024 | Webflow.com | (127.92) | |
| | | | (476.49) |
| 02/06/2024 | Whitewater Music | (20,000.00) | |
| | | | (20,000.00) |
| 01/23/2024 | Winstead, PC | (14,872.00) | |
| 03/11/2024 | Winstead, PC | (7,325.00) | |
| | | | (22,197.00) |
| | | | $ (1,706,603.70) |

**TBOTG Development, Inc.**

Insider Payments

| Date | Name | Description | Amount | Totals |
|------|------|-------------|-------:|-------:|
| 05/19/2023 | Guadalupe 306, LP | Down payment on land purchase | $ 3,750,000.00 | |
| 05/31/2023 | Guadalupe 306, LP | True up payments on expenses | 1,500.00 | |
| 10/31/2023 | Guadalupe 306, LP | True up payments on expenses | 1,700.00 | |
| | | | | $ 3,753,200.00 |
| 11/09/2023 | Whitewater Music | Box for 2024 Season | 14,250.50 | |
| 12/12/2023 | Whitewater Music | Box for 2024 Season | 35,000.00 | |
| 02/06/2024 | Whitewater Music | Box for 2024 Season | 20,000.00 | |
| | | | | 69,250.50 |
| 09/29/2023 | WTK Development, LLC | Development management fee - 10 lot sales | 517,367.00 | |
| 10/11/2023 | WTK Development, LLC | Reimbursement for Chesley House payroll | 2,662.75 | |
| 11/09/2023 | WTK Development, LLC | Reimbursement for Chesley House payroll | 2,043.83 | |
| 12/05/2023 | WTK Development, LLC | Reimbursement for Chesley House payroll | 3,981.62 | |
| 12/28/2023 | WTK Development, LLC | Reimbursement for Chesley House payroll | 5,962.16 | |
| 02/06/2024 | WTK Development, LLC | Reimbursement for Chesley House payroll | 4,095.46 | |
| 03/04/2024 | WTK Development, LLC | Reimbursement for Chesley House payroll | 3,996.57 | |
| 04/02/2024 | WTK Development, LLC | Reimbursement for court/filing fees | 1,738.00 | |
| 04/02/2024 | WTK Development, LLC | Reimbursement for Kell Mercer retainer | 25,000.00 | |
| 04/10/2024 | WTK Development, LLC | Reimbursement for Chesley House payroll | 3,974.77 | |
| | | | | 570,822.16 |
| | | | | $ 4,393,272.66 |

**United States Bankruptcy Court**

**Western District of Texas, Austin Division**

In re   **TBOTG Development, Inc.** _____   Case No. _____

                                 Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 16, 2024** _____    **/s/ William T. Korioth** _____

                                                **William T. Korioth**/**President**
                                                Signer/Title

Alpha Mobile Restrooms
222 Hutchison Street
San Marcos, TX 78666


Comal County, Texas
c/o Julie Parsons
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680


David Pfeuffer
Langley, Banack & Pfeuffer
170 E San Antonio St
New Braunfels, TX 78130


Erickson Demel & Associates, PLLC
7800 N Mopc Expy Ste 215
Austin, TX 78759


First Texas Bank, Georgetown, Texas
P.O. Box 649
Georgetown, TX 78627


Gilbreath Outdoor Advertising
P.O Box 1264
Friendswood, TX 77549-1264


Guadalupe 306, LP
3400 Oakmont Blvd
Austin, TX 78703


Harris Road Co., Inc.
P.O. Box 1001
Wimberley, TX 78676


Hideout On The Horseshoe, LLC
11860 FM 306
New Braunfels, TX 78132


HomeView Technologies, Inc.
d/b/a LiveView Technologies, Inc.
1226 S 1480 W
Orem, UT 84058

James Dye
58 Oyster Creek Ct
Lake Jackson, TX 77566


Jonathan H. Hull
Reagan Burrus, PLLC
401 Main Plaza Ste 200
New Braunfels, TX 78131


Kinney Landscape Services, LLC
371 Inspiration Drive
New Braunfels, TX 78130


KOM Productions, LLC
915 West South Street
Leander, TX 78641


Kona Coast Venture, Ltd.
c/o Kona Coast, LLC
11860 FM 306
New Braunfels, TX 78132


Latuya Construction, LLC
191 E Faust
New Braunfels, TX 78130


LiveView Technologies, Inc.
P.O. Box 17853
Denver, CO 80217-5782


Matthew Baumgartner
Armbrust & Brown PLLC
100 Congress Ave Ste 1300
Austin, TX 78701


Nash Brothers Land Services LLC
501 Mussey Road
Dripping Springs, TX 78620


Oxbow Land Partners, LLC
11860 FM 306
New Braunfels, TX 78132

Pharis Design, Inc.
2525 S Lamar Blvd Unit 4
Austin, TX 78704


Ross Spence
Spence, Desenberg & Lee, PLLC
1770 St James Place, Ste 625
Houston, TX 77056


Whitewater Investment Partners, LLC
c/o Ross Spence
Spence, Desenberg & Lee, PLLC
1770 St James Place, Ste 625
Houston, TX 77056


Whitewater Sports, LLC
11860 FM 306
New Braunfels, TX 78132


William T. Korioth
3400 Oakmont Blvd
Austin, TX 78703


Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201


Worth Ross Management Co., Inc.
222 West Ave Ste 200
Austin, TX 78701


WTK Development, LLC
11860 FM 306
New Braunfels, TX 78132

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re  **TBOTG Development, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TBOTG Development, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ Whitewater Casitas, LLC

**April 16, 2024**

Date

**/s/ Kell C. Mercer**

**Kell C. Mercer**

Signature of Attorney or Litigant

Counsel for  **TBOTG Development, Inc.**

**Kell C. Mercer, P.C.**

**901 S Mopac Expy Bldg 1 Ste 300**
**Austin, TX 78746**
**(512) 627-3512**
**kell.mercer@mercer-law-pc.com**